|     |                                                                                                                                                                                                    |                                                              |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------ |
|     | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE                                                                                                                       |                                                              |
|     | FRED C. TOMLINSON, et al.,                                                                                                                                                                         | CASE NO. C09-1818-RSM                                        |
|     | Plaintiffs,                                                                                                                                                                                        | ORDER DIRECTING CLERK TO<br>MARK THIS CASE AS STAYED         |
|     | v.                                                                                                                                                                                                 |                                                              |
|     | CLOVER LEAF 85 INC., a Washington corporation, et al.,                                                                                                                                             |                                                              |
|     | Defendants.                                                                                                                                                                                        |                                                              |
|     | FIRST HERITAGE BANK,                                                                                                                                                                               |                                                              |
|     | Plaintiff in Intervention,                                                                                                                                                                         |                                                              |
|     | v.                                                                                                                                                                                                 |                                                              |
|     | CLOVER LEAF 85, INC., a Washington corporation, and the vessel CLOVER LEAF, her tackle, engine, gear, apparel, fishing rights, appurtenances, furniture and equipment, O.N. 274142, and           |                                                              |
|     | JERI L. LEE and MICHAEL F. LEE,                                                                                                                                                                    |                                                              |
|     | Defendants.                                                                                                                                                                                        |                                                              |

ORDER DIRECTING CLERK TO MARK THIS CASE AS STAYED - 1

1   On February 8, 2011, Plaintiff in Intervention First Heritage Bank notified the Court that
2   defendants Jeri L. Lee and Michael F. Lee have filed for bankruptcy in the United States
3   Bankruptcy Court for the Western District of Washington (Case No. 11-1106-KAO).  Pursuant
4   to 11 U.S.C. § 362, the entry of a bankruptcy petition operates as a stay on any judicial action
5   already commenced against the debtor.

6   The Clerk is directed to mark this case as stayed and to remove all pending motions from
7   the calendar.  Those motions may be re-filed if the stay is lifted.

9   Dated:  March 2, 2011.

        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

ORDER DIRECTING CLERK TO MARK THIS CASE AS STAYED - 2